Case 2021CV000017    Document 2    Filed 01-26-2021    Page 1 of 7
Case: 3:21-cv-00132-wmc   Document #: 1-1   Filed: 02/26/21   Page 1 of 7

FILED
01-26-2021
Circuit Court, Iowa Co
Lia N. Leahy, Clerk
2021CV000017

STATE OF WISCONSIN    CIRCUIT COURT    IOWA COUNTY

HOUCK FUNERAL HOMES, INC.
126 Diagonal Street
Dodgeville, WI 53533

    Plaintiff,

vs.

CASE NO:
OTHER - CONTRACTS
CODE NO: 30303

FEDERATED MUTUAL INSURANCE COMPANY
C/o REGISTERED AGENT SOLUTIONS
901 South Whitney Way
MADISON, WI 53711

    Defendant.

## SUMMONS

THE STATE OF WISCONSIN

TO EACH PERSON NAMED ABOVE AS A DEFENDANT:

You are hereby notified that the plaintiff named above filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action. Within forty-five (45) days of receiving this Summons, you must respond with a written Answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the Complaint. The court may reject or disregard an Answer that does not follow the requirements of the statutes.

The Answer must be sent or delivered to:    Clerk of Courts
    Iowa County Courthouse
    222 North Iowa Street
    Dodgeville, WI 53533

and to Plaintiff's attorneys:    Jacobson, Schrinsky & Houck, S.C.
    759 North Milwaukee Street
    Suite 316
    Milwaukee, Wisconsin 53202

EXHIBIT A-1

You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the court may grant judgment against you for the award of money or other legal action requested in this Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 26th day of January, 2021.

JACOBSON, SCHRINSKY & HOUCK, S.C.
Attorneys for Plaintiff

THOMAS KENT HOUCK
State Bar No: 1022245
thouck@jsh-law.com

POST OFFICE ADDRESS:
759 North Milwaukee Street
Suite 316
Milwaukee, WI 53202
(414) 223-4444

2

EXHIBIT A-2

| STATE OF WISCONSIN | CIRCUIT COURT | IOWA COUNTY |
|---|---|---|

HOUCK FUNERAL HOMES, INC.
126 Diagonal Street
Dodgeville, WI 53533

      Plaintiff,

vs.

CASE NO:
OTHER - CONTRACTS
CODE NO: 30303

FEDERATED MUTUAL INSURANCE COMPANY
C/o REGISTERED AGENT SOLUTIONS
901 South Whitney Way
MADISON, WI 53711

      Defendant.

## COMPLAINT

NOW COMES the above-named Plaintiff, HOUCK FUNERAL HOMES, INC., by its attorneys, Jacobson, Schrinsky & Houck, S.C., as and for its Complaint against the Defendant, alleges and shows the Court as follows:

1. That Plaintiff, HOUCK FUNERAL HOMES, INC., is a domestic corporation organized and existing under the laws of the State of Wisconsin with a principal place of business located at 126 Diagonal Street, Dodgeville, WI 53533; that at all time material hereto, Plaintiff, HOUCK FUNERAL HOMES, INC., owned and operated the McGuire-Peterson-Houck Funeral Home located at 544 Main Street, in the Village of Highland, County of Iowa, State of Wisconsin.

2. The Defendant, FEDERATED MUTUAL INSURANCE COMPANY, is a foreign insurance corporation licensed to do business in the State of Wisconsin with home offices located at 121 East Park Square, Owatonna, Minnesota 55060, with registered agent for

EXHIBIT A-3

service of Registered Agent Solutions, 901 South Whitney Way, Madison, Wisconsin 53711; Defendant, FEDERATED MUTUAL INSURANCE COMPANY does substantial business in Iowa County, Wisconsin; that at all times material hereto, Defendant, FEDERATED MUTUAL INSURANCE COMPANY, was engaged in the writing and selling of commercial insurance and that prior to the date of on or about March 1, 2018, Defendant, FEDERATED MUTUAL INSURANCE COMPANY had issued a policy or policies of insurance to Plaintiff, HOUCK FUNERAL HOMES, INC., insuring its commercial properties against damage for covered perils; said policy number 9902149; that at no time prior issuing or renewing said policy or policies of insurance did Defendant, FEDERATED MUTUAL INSURANCE COMPANY inspect said commercial properties.

3. That on or about March 1, 2018, the furnace at the McGuire-Peterson-Houck Funeral Home located at 544 Main Street, in the Village of Highland, County of Iowa, State of Wisconsin failed allowing the temperature within the building to fall below the freezing point; without adequate heat within the building, the water lines froze and burst flooding the interior of the building.

4. As a direct and proximate cause of the bursting water lines on or about March 1, 2018, the Plaintiff's commercial property sustained damage necessitating extensive and costly repairs.

5. On or about March 1, 2018, and prior thereto, the Defendant, FEDERATED MUTUAL INSURANCE COMPANY, by contract in writing, for a valuable consideration, agreed to pay and did make itself liable for any and all damages caused by the interior flooding as a result of the burst water lines. The Defendant, FEDERATED MUTUAL INSURANCE COMPANY, has an interest in the outcome of the controversy with the Plaintiff and itself and its

2

EXHIBIT A-4

interest is adverse to that of the Plaintiff and for this reason, it is a proper party Defendant in this action. Said policy is identified as policy number 9902149.

6. Policy number 9902149 was in effect on or about March 1, 2018, and at all times material hereto Plaintiff, HOUCK FUNERAL HOMES, INC., has made all appropriate premium payments and satisfied all conditions precedent under the policy to receive payment through its commercial insurance policy.

7. Pursuant to the FEDERATED MUTUAL INSURANCE COMPANY policy number 9902149, under Supplemental Declarations Businessowners Policy, the Plaintiff HOUCK FUNERAL HOMES, INC., is due and owed benefits in an amount not to exceed the limits as set forth in the policy.

8. On or about March 21, 2018, the Plaintiff, HOUCK FUNERAL HOMES, INC., gave notice to Defendant, FEDERATED MUTUAL INSURANCE COMPANY, that it was seeking benefits pursuant to the above-described policy.

9. To date, Defendant, FEDERATED MUTUAL INSURANCE COMPANY, by refusing to make payments pursuant to said commercial insurance policy pursuant to the terms and conditions described above, has breached its contract with the Plaintiff, HOUCK FUNERAL HOMES, INC.

10. As a proximate cause of Defendant, FEDERATED MUTUAL INSURANCE COMPANY's breach of its contractual duties to its insured, the Plaintiff has been damaged in a sum not to exceed the limits as set forth in the policy for non-payment of aforementioned water damage event loss benefits.

11. Defendant, FEDERATED MUTUAL INSURANCE COMPANY has no reasonable basis upon which to deny benefits due under the subject policy and therefore through

EXHIBIT A-5

its agents, servants and/or employees, Defendant, FEDERATED MUTUAL INSURANCE COMPANY has acted in bad faith by failing to make the benefit payments required under the above-described policy.

12. Defendant, FEDERATED MUTUAL INSURANCE COMPANY, through its agents, servants and/or employees, has further acted oppressively, wantonly, maliciously, and/or in clear disregard of its duty to pay such benefits under the above-described policy to the Plaintiff, and, such conduct entitles the Plaintiff to punitive damages, costs, expenses and actual attorney fees in a sum to be determined.

13. The Plaintiff had submitted all information necessary for a diligent and good faith evaluation of its claim to the Defendant, FEDERATED MUTUAL INSURANCE COMPANY.

14. More than 30 days have passed since the submission of the Plaintiff's claim to the Defendant and it has not made a diligent evaluation of the claim, nor has it paid or tendered further payments due plaintiffs.

15. As a result of Defendant, FEDERATED MUTUAL INSURANCE COMPANY's failure to make payment, payment of the claim is now overdue pursuant to Section 628.46(1), Wis. Stats., and the Plaintiff is entitled to interest from the Defendant, FEDERATED MUTUAL INSURANCE COMPANY, on the amount of the overdue claim, at the rate of 12 percent per year.

**WHEREFORE**, Plaintiff, HOUCK FUNERAL HOMES, INC., demands judgment against the Defendant, FEDERATED MUTUAL INSURANCE COMPANY as follows:

A. For compensatory damages in accordance with the law;

B. For punitive damages in accordance with the law;

4

EXHIBIT A-6

C. For the costs, attorney fees and disbursements of this action;

D. For interest pursuant to Wisconsin Statutes § 628.46; and

E. For such other and further relief as the court deems just and equitable.

**PLEASE TAKE NOTICE THAT THE PLAINTIFF DEMANDS THAT THE ABOVE-ENTITLED ACTION BE TRIED BY A TWELVE PERSON JURY.**

Dated this 26th day of January, 2021.

**JACOBSON, SCHRINSKY & HOUCK, S.C.**
Attorneys for Plaintiff

THOMAS KENT HOUCK
State Bar No: 1022245
thouck@jsh-law.com

POST OFFICE ADDRESS:
759 North Milwaukee Street
Suite 316
Milwaukee, WI 53202
(414) 223-4444

5

EXHIBIT A-7