IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HOUCK FUNERAL HOMES, INC.

    Plaintiff,

FEDERATED MUTUAL INSURANCE COMPANY

    Defendant.

Case No.: 3:21-cv-00132

**FEDERATED MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

---

TO: PLAINTIFF AND ITS ATTORNEY THOMAS KENT HOUCK, JACOBSON, SCHRINSKY & HOUCK, S.C., 759 NORTH MILWAUKEE STREET, SUITE 316, MILWAUKEE, WI 53202

Please take notice that Defendant Federated Mutual Insurance Company, by and through their counsel, hereby moves to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). This motion is based on the Plaintiff's Complaint, the attached Brief in Support of the Motion, and the Declaration of Laura Hanson and Exhibit A.

Dated: March 5, 2021    **MEAGHER & GEER, P.L.L.P.**

    s/Laura J. Hanson
Laura J. Hanson (WI #1038186)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
lhanson@meagher.com

*Attorneys for Defendant*
*Federated Mutual Insurance Company*

14115008.1