IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HOUCK FUNERAL HOMES, INC.

Case No.:  3:21-cv-00132

Plaintiff,

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

FEDERATED MUTUAL INSURANCE COMPANY

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record, that the above-entitled action, including any and all claims in this action shall be dismissed with prejudice, without further notice, and without costs, disbursements, or attorneys' fees to any of the parties.


Dated:  Marc 29, 2021          **JACOBSON, SCHRINSKY & HOUCK, S.C.**


 s/Thomas Kent Houck
Thomas Kent Houck (WI #1022245)
759 North Milwaukee Street, Suite 316
Milwaukee, WI  53202
(414) 223-4444
thouck@jsh-law.com

*Attorneys for Plaintiff*
*Houck Funeral Homes, Inc.*

2

Dated:  March 29, 2021          **MEAGHER & GEER, P.L.L.P.**


 s/Laura J. Hanson
Laura J. Hanson (WI #1038186)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
lhanson@meagher.com

*Attorneys for Defendant*
*Federated Mutual Insurance Company*

14182683.1

2